# RETURN

☒ FILED   ☐ LODGED

**Jan 10 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 23-08403MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-10-23 | 1-10-23 12:28pm | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

A. Atayde / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

PACKAGING MATERIAL

500 MARIJUANA VAPE CARTRIDGES WEIGHING 16.95 Kg

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 1-10-23

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title